1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

☒ FILED  ☐ LODGED

**Mar 24 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 22-01608-001-TUC-RM (LCK) |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE (Forfeiture Judgment $12,915.00) |
| Javier Heras-Rodriguez, | |
| Defendant. | |

The defendant pled guilty to Count Ten of the Indictment, which charges him with Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554(a). The defendant also agrees to admit to the Forfeiture Allegation of the Indictment.

The United States moves under Title 18 United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the following firearms (hereinafter "Firearms Not Seized"):

| Line | Asset Description | Serial Number | Price |
|---|---|---|---|
| 2 | F.N., model Scar 17s, .308 caliber, semi-automatic rifle | HC61469 | $5,000.00 |
| 3 | F.N. Scar 17s, .308 caliber, semi-automatic rifle | HC59025 | $4,500.00 |
| 4 | F.N. Scar 17, 7.62x51mm caliber, semi-automatic rifle | H1C10205 | $3,415.00 |
| | | **Total** | **$12,915.00** |

which constitutes firearms involved in or used in violation of the offense to which the defendant pled guilty.

The United States has established that pursuant to Title 21, United States Code, Section 853(p), that the Firearms Not Seized, a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty.

The United States has established that the value of the Firearms Not Seized is $12,915.00 in United States currency.

THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that pursuant to Title 21, United States Code, Section 853(p), the United States may seek, as a substitute asset, forfeiture of any of the defendant's property up to the value of $12,915.00 in United States currency.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $12,915.00 in United States currency.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States alone shall hold clear title to the monies paid by the defendant to satisfy this Order following the Court's entry of the judgment of conviction.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/ / /

/ / /

/ / /

*United States of America v. Javier Heras-Rodriguez*
*Order of Forfeiture – Page 2 of 3*

1        IT IS FURTHER ORDERED that the Clerk is hereby directed to send copies of

2 this Order to defendant's counsel of record.

3        DATED this 24th day of March, 2023.

LYNNETTE C. KIMMINS
United States Magistrate Judge